PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Arturo Zoleta                                    Cr.: 99-CR-100-08

Name of Sentencing Judicial Officer: Honorable U.S. District Judge John W. Bissell

Date of Original Sentence: March 22, 2000

Original Offense: Conspiracy to Distribute More Than One Kilogram of Methamphetamine

Original Sentence: Twenty-five months custody and five years supervised release with special conditions of urinalysis and drug treatment.

Type of Supervision: Supervised Release            Date Supervision Commenced: February 8, 2002

## PETITIONING THE COURT

[ ]  To extend the term of supervision for _____ Years, for a total term of _____ Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant is to be confined to his residence for a period of 60 days commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The defendant shall pay the costs of electronic monitoring, specifically $3.26 per day.

You shall submit your person, residence, and place of business, vehicle or any other premises under your control to a search on the basis that the Probation Officer has reasonable belief that contraband or evidence of a violation of the conditions of release may be found. The search must be conducted in a reasonable manner and at a reasonable time. Your failure to submit to a search may be grounds for revocation. You shall inform any other residents that the premises may be subject to search pursuant to this condition.

## CAUSE

The offender tested positive for methamphetamine on April 5, 2007. He admitted smoking methamphetamine, "crystal meth" on April 3, 2007. The U.S. Probation Office in the District of New Jersey is recommending a modification of conditions to include sixty days of home confinement and a search condition. Mr. Zoleta has waived his right to a hearing and signed a modification of supervision conditions (Form 49), to include sixty days home confinement and a search condition.

# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
# DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**THOMAS S. LARSON**
SUPERVISING PROBATION OFFICER

May 24, 2007

200 FEDERAL PLAZA
ROOM 130
P.O. BOX 2097
PATERSON, NJ 07509-2097
(973) 357-4080
FAX: (973) 357-4092
www.njp.uscourts.gov

Mr. Melvin Jackson
Deputy-In-Charge
U.S. District Court
Martin Luther King Jr. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: ZOLETA, Arturo
Dkt No.: 99-CR-100-08
FBI#: 149150KB8
**Request for Reassignment**

Dear Mr. Jackson:

On March 22, 2000, the above captioned defendant was originally sentenced by the Honorable U.S. District Judge John W. Bissell to 25 months custody to be followed by a supervised release term of five years.

Inasmuch as Arturo Zoleta has violated the conditions of his supervised release, we kindly request that your office reassign this matter for judicial administration. Please forward the enclosed request for modification of conditions to the newly assigned judge, and advise this office of said assignment.

Should you require any additional information, questions, or concerns, please do not hesitate to contact the undersigned at (973) 357-4089. Thank you in advance for your anticipated cooperation.

Sincerely,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Dana Hafner
U.S. Probation Officer

DS
Enclosure(s)

PROB 49
(NYEP-10/28/05)

# United States District Court

## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and the assistance of counsel before any unfavorable change(s) may be made in my conditions of Probation and/or Supervised Release or before my period of supervision can be extended. By assistance of counsel, " I understand that I have the right to be represented at a hearing by counsel of my choosing if I am able to retain counsel. I also understand that I have the right to request that the Court appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel. "

I hereby voluntarily waive my statutory right to a hearing and to the assistance of counsel. I also hereby agree to the following modification (s) of my conditions of Probation and/or Supervised Release or to the proposed extension of my term of supervision: wing modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

*You shall submit your person, residence, and place of business, vehicle or any other premises under your control to a search on the basis that the Probation Officer has reasonable belief that contraband or evidence of a violation of the conditions of release may be found. The search must be conducted in a reasonable manner and at a reasonable time. Your failure to submit to a search may be grounds for revocation. You shall inform any other residents that the premises may be subject to search pursuant to this condition.*

Witness: _____    Signed: _____
         U.S. Probation Officer              Probationer or Supervised Releasee

         _____
                  Date   4/20/07