PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Arturo Zoleta                                        Cr.: 99-CR-100-08

Name of Original Sentencing Judicial Officer: Honorable John W. Bissell, Chief U.S.D.J.

Date of Original Sentence: 3/22/00

Name of New Judicial Officer: Honorable Joseph A. Greenaway, Jr, U.S.D.J.

Original Offense: Conspiracy to Distribute More Than One Kilogram of Methamphetamine

Original Sentence: 25 months imprisonment, 5 years supervised release, urinalysis, drug treatment

Date of Violation of Supervised Release: 7/13/05, supervision term extended one year

Date of Modification to Supervised Release: 7/10/07, 60 days home confinement, search and seizure

Type of Supervision: Supervised release                    Date Supervision Commenced: 2/8/02

## PETITIONING THE COURT

[ ] To extend the term of supervision for        Years, for a total term of        Years.
[X] To modify the conditions of supervision as follows. The addition of the following special condition(s):

It is respectfully requested that the Court vacate the remaining four days of home confinement and allow the supervised release term to be completed as scheduled on February 7, 2008.

## CAUSE

The defendant entered the home confinement program on December 13, 2007. At the termination of supervision, on February 7, 2008, Mr. Zoleta will still owe four days of the 60 days to be served on home confinement. The offender's term of supervision expires.

Respectfully submitted,

By: Dana Hafner
U.S. Probation Officer
Date: 1/24/08

PROB 12B - Page 2
Arturo Zoleta

THE COURT ORDERS:

[ ✓ ] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

2-7-08
_____
Date